IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| vs. | ) | **CRIMINAL ACTION 05-00105-CG** |
| **DEMETRIUS LASHUN RICHARDSON,** a/k/a **Demetric Lashun Richardson,** | ) | |
| **Defendant.** | ) | |

### **ORDER**

This matter is before the court on defendant's motion to continue his trial from the July 2005 criminal trial term. (Doc. 21). Defendant requests this continuance because counsel was appointed on June 10, 2005 and needs additional time to prepare defendant's case for trial.[1] On June 16, 2005, defendant signed a waiver of speedy trial rights. (Doc. 24).[2]

Under these circumstances, and for the reasons set forth in the motion, the court finds that the ends of justice served by continuing this action outweigh the best interest of the public and the defendant in a speedy trial. Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the motion to continue is **GRANTED** (Doc. 21) and this action is continued to the **August 2005** criminal term with jury selection scheduled for **August 1, 2005**. The pretrial

---

[1] On June 10, 2005, the motion to withdraw as counsel filed by Richard Shields was granted and Tim Fleming was appointed to represent the defendant. (Doc. 20).

[2] The waiver also included a notice that defendant was now represented by D.E. Brutkiewicz, Jr., who concurred in the need for a continuance. (Doc. 24).

conference scheduled for June 9, 2005 is **cancelled.**

The Clerk of the Court is directed to refer this file to U.S. Magistrate Judge William E. Cassady to reschedule the pretrial conference.

**DONE** and **ORDERED** this the 17th day of June, 2005.

                                        **s / Kristi D. Lee**
                                        **KRISTI D. LEE**
                                        **UNITED STATES MAGISTRATE JUDGE**